# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

FELECIA TERRAL

VERSUS

BEAU TIMOTHY BOUDREAUX, ET AL.

CIVIL ACTION

25-1027-SDD-SDJ

## RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Scott D. Johnson dated July 20, 2026, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion to Remand*[3] is **GRANTED** and this matter is **REMANDED** to the 21st Judicial District Court for the Parish of Livingston, State of Louisiana.

Signed in Baton Rouge, Louisiana, on this 11th day of August, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 15.
[3] Rec. Doc. 10.